### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 38  
**IP Address:** 142.105.25.22  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 76231454D899B4069C1B148480D5DDA706DA22E4<br>File Hash: 5FBF5BBE258A262C1E6F4ADFE7ABA4598646CEBB3961063018588547E6B5AB92 | 03-31-2022 16:50:54 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 2 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash: 3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 03-24-2022 13:10:41 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 3 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-02-2022 21:14:01 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 4 | Info Hash: 1F04A658776E7678A5EE5802AD205192A887C27F<br>File Hash: 1C17C9B7578C9EC3DE13D30A9F25ED137AB19E71AD4764FFE7D06991A5689BB3 | 01-23-2022 10:33:02 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 5 | Info Hash: E24C852E6DBF23B373BDCCF6C77C3FA2CEDAC5AE<br>File Hash: 52AE1781454B2D691E9D73E3A8DEAB862E8EB61C4C6392B8B8917991D4D928EA | 12-14-2021 19:18:11 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 6 | Info Hash: 7EE0D19E00AE8631B8D576A0D8701E7C59BFD92F<br>File Hash: AC967047B9431A6010B23DCE600F6B6BE7CAEAE967460D6B6C873161A24BE5F6 | 12-13-2021 05:32:16 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 7 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-13-2021 05:32:12 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 8 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-03-2021 12:00:05 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-03-2021 11:59:13 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 10 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash: 8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 09-17-2021 17:36:02 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 11 | Info Hash: B8AC373F129DC3F69B25C0ECA1C8982EC6326C10<br>File Hash: AE6193A296A04E79260C32E1746A2BD5CCE6BF7F5A778EB0538F5B65B5EAE2D4 | 08-15-2021 09:12:22 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 12 | Info Hash: 6419AB363015515ED3967AEC17E55D06AF514FD0<br>File Hash: FAEC65503943C685B1F611B238C74C21B3E57A21B7F6DB49EE7E815D320FEB6C | 07-09-2021 09:53:00 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 13 | Info Hash: F7C25BAB3537FFF2CC9A0F482F0A101B9227308B<br>File Hash: CAD724871048A36174CAAB696A5F253EC6825C81A37567B15C403C661AD15191 | 02-26-2021 04:31:29 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 14 | Info Hash: D6D2B392126D182D1E11AF2DF73EA1753C0C5EE7<br>File Hash: BF8B167C5D3C3CB5CBF77297BEC09D0AFB6411B861159B1A48162BEE0674232C | 02-25-2021 08:03:45 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 15 | Info Hash: 005AEFFC499B30912206AA9B519BA056A5357EFA<br>File Hash: 43CB26B429814283D368AEF82FF9258FF727D5358A11DBEE523A18C40B6534D3 | 01-17-2021 11:18:23 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 16 | Info Hash: 8CA08828C25D05145AA69C51BFCD2891F9CE7066<br>File Hash: 9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 12-23-2020 06:24:56 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 17 | Info Hash: E59BF4DD11580DE116FCAA01D5A005226CC01E18<br>File Hash: 605967F7E372D9607D6BA2E22985CAB24B1810C42720227D8A8D6DD0E933F060 | 12-05-2020 11:32:12 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 12-03-2020 09:04:27 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 19 | Info Hash: 552E9626096594C121A34BF2254274800177A1CA<br>File Hash: 6D1772B46B0B5AD91B7C753C1D8C1EA82E8886803D5CB64B14E7EC165BD32490 | 11-20-2020 07:39:36 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 20 | Info Hash: F3CF1837DFE7D20F9C4CCE0DA465C6410A2CE27B<br>File Hash: 19C374E54A1A0E664C4E35A7849FABA696B896BDECA1AD0F7E686DC0B6837A5C | 11-19-2020 08:09:43 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 21 | Info Hash: 8C5CF7009D99308190480643CCCD791B941DB338<br>File Hash: 131DBB9FA461BFBB6666C55F129F9BEF7CAB3279B16295ADFD033058A193181B | 10-02-2020 06:38:03 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 22 | Info Hash: BA519C083DAEE34D5DEA4EC54DA0D7CDC78D86D8<br>File Hash: 57DA7583485AE07A3E4382585E89069785B1E458EFDDB2CCF2B58A2BFD578A31 | 10-02-2020 05:53:01 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 23 | Info Hash: 3C729A434589E8088854EF52BA98AF4DA7C8DB8D<br>File Hash: 5A82DBB63F749AF866C80BE1055B9787C4C227A3E861247BF4FAE9991CCF960B | 09-29-2020 10:17:38 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 24 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 09-16-2020 06:50:50 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 25 | Info Hash: FCB549F603421D845CA6D561B936B458E6EB795A<br>File Hash: 62ACD10B7CEEF974448C07E4E552484EDC7229EBBFB82B3DABFFB38BD045AC69 | 09-16-2020 06:49:24 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 26 | Info Hash: 6B98A7F960AC2710EA617122B779FA9F623E2DD4<br>File Hash: 765C1E38287302048F8D417065F3FE280E6A4C232CC9C596B88DC5FAF85B59D3 | 07-09-2020 06:14:28 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 658C5AA3CE17F8F7F1D15705268C5370113D1518<br>File Hash: BFED96E80C9327F11620746784804FFEEE5C7DBA5E466DCEA79FD132C384C5A9 | 07-08-2020 08:50:09 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 28 | Info Hash: 072EB61B814EC6ADC8FEA2E1065399B241DF0809<br>File Hash: 2E05AFCE93F947993DCE213C568DF9A55FBFEFC8135FFD804B4493E826AD985B | 07-08-2020 08:43:01 | Blacked Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |
| 29 | Info Hash: 4939DDA25AC94EF2490052A79D7CF72324523D6F<br>File Hash: 174E86F5B9E18C5BAD79375E2075492632A0FB1B3B4F07F2AD0912F0A86344F8 | 07-08-2020 08:42:08 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 30 | Info Hash: 59CFBA1C79527105EB8C0EB240F89A9B7522FFDA<br>File Hash: 5D3CD25875CDB1B4B43FBA3DFE14D30811D156C8819051FF50B46CC39CFAE426 | 07-08-2020 08:24:44 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 31 | Info Hash: BDAAB1634538A6B59CEEA010C61C49921DAE5739<br>File Hash: AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 07-08-2020 08:24:04 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 32 | Info Hash: BCE31E2A572DC5D6697020A44A69F851364765CA<br>File Hash: E9F1DAE81BAFC9F4976B98497DDAD7DE0A367EFE90A5FD0B9234A77AE27AB511 | 07-08-2020 08:23:58 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 33 | Info Hash: BE47A2DF9F06B30A58871E8C917F04A2CA41C0B1<br>File Hash: 1E9671BE3A0E3D0A519B06B15442B8C8C0C5F0CA1A07B0672708D2930832DBBE | 07-08-2020 08:23:44 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 34 | Info Hash: 6AF2B6BEC2F13EB6C9DD94D47E08B2651FF6D0C0<br>File Hash: 4209ADEB3EB576CD15962FF03ADA8873392802FE7DB5122322D644542D2F06F4 | 07-08-2020 08:23:40 | Blacked Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |
| 35 | Info Hash: EAE5C3D3A9FB768483268D0F47958ADBC3827872<br>File Hash: ECD2F7C9CC88D4B04C300BC6F7D2F248E6F69FCCCCD68FE9E054CB27279F1AB5 | 07-08-2020 05:21:46 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C6520DA67348FCF688DB38741CB288B7A76ADB05<br>File Hash: 41CCEE97E4FF595FC5E5795C99144C4DC34E96328A35A68D5F403BF219A838B7 | 07-03-2020 12:52:10 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 37 | Info Hash: 11A8FCC8774BBD3FF52733C0AADEE0C0514F6900<br>File Hash: 1FC470A1E68D58D723740D8243001D292DA4B68AB8EB29321277D0FF29329BF9 | 07-03-2020 12:50:50 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 38 | Info Hash: CEAE9B2216F023B0CD18E139290822AEEB2CEE87<br>File Hash: 0AC7172D2D0C358B467BFB0D29699C5AC4BFCAA0FA27EE14AB7582938332D9A4 | 07-02-2020 18:17:17 | Tushy | 05-01-2018 | 06-19-2018 | PA0002126640 |