UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,                     :

                                                            :    ORDER
               Plaintiff,                  22 Civ. 2733 (LAK) (GWG)
                                                            :

    -v.-

                                                            :

JOHN DOE subscriber assigned IP address
142.105.25.22,                                         :
               Defendant.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       The Court has reviewed the papers filed in connection with plaintiff's motion for leave to serve a third party subpoena prior to a Rule 26(f) conference (Docket ## 7, 8). Having reviewed these materials, the Court requires a sworn statement providing a full explanation as to:

       1) The basis for plaintiff's apparent conclusion that the defendant's internet service provider is the entity plaintiff refers to as "Spectrum." See Declaration of Patrick Paige, annexed as Ex. B to Docket # 8, ¶ 28 (referring to "Defendant's ISP Spectrum").

       2) The basis for plaintiff's determination that "Spectrum" is the full and accurate name of the entity to whom the requested subpoena would properly be addressed.

       If plaintiff wishes to proceed with this application its submission addressing these matters shall be filed on or before May 9, 2022. If it fails to make the required submission, the application for leave to serve a third party subpoena will be denied.

       SO ORDERED.

Dated: April 29, 2022
       New York, New York

                                                                 _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge